IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK BLANTON, On Behalf of himself And All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-00365 |
| BAKER HUGHES, INCORPORATED, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered Plaintiffs Frank Blanton, On behalf of himself and all others similarly situated ("Plaintiffs") and Defendant Baker Hughes, Incorporated ("Defendant") (jointly, the "Parties") Agreed Stipulation of Dismissal with Prejudice ("Agreed Stipulation").

IT IS HEREBY ORDERED that Plaintiffs claims against Defendant are dismissed with prejudice in their entirety.

SIGNED on this _____ day of _____, 2015.

SEP 0 4 2015

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE